*E-filed 1/4/08*

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  JEFFREY B. SCHENK (CASBN 234355)
   Assistant United States Attorney

5

6    150 Almaden Boulevard
     San Jose, California 95113
     Telephone: (408) 535-2695

7    Facsimile:  (408) 535-5066
     Email: jeffrey.b.schenk@usdoj.gov

8

   Attorneys for the United States of America

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )    No.    CR 07-70709 HRL
                                       )
15         Plaintiff,                  )
                                       )
16     v.                              )
                                       )
17  DAVID LOUIS BEHAR,                 )
    LINDSAY ROBIN HOGUE,               )    STIPULATION AND [PROPOSED]
18  TARA BERGSTRAND, and               )    ORDER TO CONTINUE HEARING
    JOHN ROGER LAGACE                  )
19                                     )
                                       )
20         Defendants.                 )
                                       )
21  _____)

22         Defendants and the government, through their respective counsel, hereby stipulate that,

23  subject to the court's approval, the hearing dates in the above-captioned matter, presently

24  scheduled for Tuesday, January 8, 2008, at 9:30 a.m. (for Defendants HOGUE, BERGSTRAND,

25  AND LAGACE) and Thursday, January 10, 2008, at 11:00 a.m. (for Defendant BEHAR), be

26  continued to Thursday, January 24, 2008, at 9:30 a.m.  The continuance has been requested in

27  order to allow each defense counsel an opportunity to review discovery and discuss the matter

28  with their client.  Furthermore, the government anticipates providing additional discovery and

                                        1

1  possibly settlement offers.

2       The parties further agree and stipulate that time should be excluded from their respective

3  currently scheduled preliminary hearing date: January 8, 2008 (for Defendants HOGUE,

4  BERGSTRAND, AND LAGACE) and January 10, 2008 (for Defendant BEHAR) through and

5  including January 24, 2008, for ongoing defense preparation, pursuant to Speedy Trial Act, 18

6  U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that

7  granting the requested exclusion of time will serve the interest of justice and outweigh the

8  interest of the public and defendant in a speedy trial.

9

10  DATED: December 19, 2008                           SCOTT N. SCHOOLS
                                                       United States Attorney

11

12                                       ____/s/_____
                                         JEFFREY B. SCHENK
13                                       Assistant United States Attorney

14

15

16                                       ____/s/_____
                                         PETER LEEMING
17                                       Attorney for Mr. Behar

18

19

20                                       ____/s/_____
                                         GEOFFREY BRAUN
21                                       Attorney for Ms. Hogue

22

23

24                                       ____/s/_____
                                         LARA VINNARD
25                                       Attorney for Ms. Bergstrand

26  //

27  //

28  //

2

1

2

3

4
                                    ____/s/_____
                                    JERRY FONG
5                                   Attorney for Mr. Lagace

6

7
                                **ORDER**
8

9        The parties have jointly requested a continuance of the hearing set for January 8, 2008

10  (for Defendants HOGUE, BERGSTRAND, AND LAGACE) and  January 10, 2008 (for

    Defendant BEHAR).
11

12
         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
13
    presently set for January 8, 2008 (for  Defendants HOGUE, BERGSTRAND, AND LAGACE)
14
    and  January 10, 2008 (for Defendant BEHAR) be continued to January 24, 2008 at 9:30 a.m. as
15
    well as the period of delay from January 8, 2008 (for  Defendants HOGUE, BERGSTRAND,
16
    AND LAGACE) and  January 10, 2008 (for Defendant BEHAR), to and including January 24,
17
    2008, be excluded for purposes of Speedy Trial Act computations pursuant to 18 U.S.C. §3161.
18

19
    IT IS SO ORDERED.
20
    DATED:    1/3/08
21                                  _____
                                    HOWARD R. LLOYD
22                                  UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

3