AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

v.

Lindsay Hogue

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 08-00088 JW

I, __Lindsay Hogue__, the above named defendant, who is accused of

Viol. of 18 U.S.C. § 4

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Feb. 21, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

FEB 21 2008

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

Geoffrey A. Braun
_____
Counsel for Defendant

Before __Patricia V. Trumbull__
Judicial Officer