JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CSBN 234355)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile: (408) 535-5081
   jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00088 JW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO PRODUCE REPRESENTATIVE SAMPLE OF NARCOTICS FOR TESTING BY DEFENSE EXPERT |
| DAVID LOUIS BEHAR, LINDSAY ROBIN HOGUE, TARA BERGSTRAND, and JOHN ROGER LAGACE | |
| Defendants. | |

     IT IS HEREBY STIPULATED and requested by the parties that the court sign the attached proposed order regarding the retesting of representative samples of alleged Lysergic acid diethylamide (LSD) by the defense expert in this case.

It is so stipulated.

Dated: ___3/4/08_____        /s/ _____
                                               JEFFREY B. SCHENK
                                               Assistant U.S. Attorney

**STIPULATION AND ORDER TO PRODUCE REPRESENTATIVE SAMPLE OF NARCOTICS FOR TESTING BY DEFENSE EXPERT
CR 08-00088 JW**

1  It is so stipulated:

2  Dated: __3/4/08_____                    ___/s/_____
                                             PETER LEEMING
3                                            Attorney for Mr. Behar

4  It is so stipulated:

5  Dated: __3/4/08_____                    ___/s/_____
                                             GEOFFREY BRAUN
6                                            Attorney for Ms. Hogue

7  It is so stipulated:

8  Dated: __3/4/08_____                    ___/s/_____
                                             MANUEL ARAUJO
9                                            Attorney for Ms. Bergstrand

10 It is so stipulated:

11 Dated: ___3/4/08_____                   ___/s/_____
                                             JERRY FONG
12                                           Attorney for Mr. Lagace

13

14                                **ORDER**

15     UPON THE DEFENDANT'S REQUEST for an order which requires the Government to

16 produce the following exhibits, to wit:

17 Exhibit Number                            DEA Laboratory Number

18     1                                     7144015

19     6                                     7144020

20 as reported in DEA FORM-7, REPORT OF DRUG PROPERTY COLLECTED, PURCHASED

21 OR SEIZED, having the Case File No. RC 08-0009, and dated November 30, 2007, for

22 qualitative analysis and identification of the controlled substance contained therein by a defense

23 expert,

24     IT IS HEREBY ORDERED and DECREED that Drug Enforcement Administration (DEA)

25 Special Agent or Task Force Officer shall deliver the drug exhibit(s) identified above to Judith

26 Stewart, DEA License No. RF1093778, of Forensic Analytical Sciences, Inc., located at 3777

27 Depot Road, Suite 403, Hayward, CA 94545, telephone no. 510-266-8100.  The DEA Western

28 Laboratory shall arrange the delivery of said representative sample(s) on or before March 7,

**STIPULATION AND ORDER TO PRODUCE REPRESENTATIVE SAMPLE OF NARCOTICS FOR TESTING BY DEFENSE EXPERT**
**CR 08-00088 JW**                             2

1  2008 to the DEA Special Agent or Task Force Officer for delivery to Judith Stewart of the
2  Forensic Analytical Sciences, Inc. Laboratory; and
3     IT IS FURTHER ORDERED, that upon said delivery of the exhibit(s) identified above to the
4  defense expert, that a DEA Special Agent or Task Force Officer shall be present when the
5  defense expert inspects, weighs and removes a representative sample of the exhibit(s) identified
6  above for analysis.  The representative sample shall be in an amount not to exceed 500 mgs from
7  each of the above-described exhibit(s).  The weight of each representative sample taken shall be
8  documented and signed by the defense expert and provided to the DEA Special Agent or Task
9  Force Officer in attendance.  Upon the completion of the sample removal and weighing, the
10 DEA Agent and Task Force Officer in attendance shall, forthwith, return the remaining above-
11 listed exhibit(s) to the DEA Western Laboratory; and
12    IT IS FURTHER ORDERED, that the defense expert shall conduct the qualitative analyses
13 and identification ordered herein, and shall provide the Government with an *Unsworn*
14 *Declaration Under Penalty of Perjury*, under 28 U.S.C. § 1746, executed by the individual who
15 conducted the analyses, or the head of the facility where the analyses occurred, which states the
16 quantity of each exhibit consumed during testing, and either the weight of each exhibit returned
17 to the Government, or a statement that all of the sample was consumed during testing; and
18    IT IS FURTHER ORDERED, that all remaining material of the sample(s), after testing, is to
19 be returned by Judith Stewart to the DEA Western Laboratory via registered U.S. Mail, return
20 receipt requested, or approved commercial carrier, with five (5) business days after the
21 completion of analyses; and
22    IT IS FURTHER ORDERED, in accordance with FED. R. CRIM. P. 16(b)(1)(B), that the
23 defendant shall provide the Government with a copy of the results or report of the physical
24 examinations and scientific tests or experiments which results from the analyses conducted under
25 this Order; and
26 //
27 //
28 //

1  IT IS FURTHER ORDERED, that Judith Stewart is to safeguard the representative sample(s)
2  received, preserving the chain of custody in a manner to faithfully protect the integrity of each
3  exhibit received.
4  SO ORDERED this __5____ day of March 2008.

BY THE COURT:

_____
JAMES WARE
United States District Judge