BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BERGSTRAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00088-JW |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **STATUS HEARING** |
| v. ) | |
| ) | |
| DAVID LOUIS BEHAR, ) | |
| LINDSEY ROBIN HOGUE, ) | |
| TARA BERGSTRAND, and ) | |
| JOHN ROGER LAGACE ) | |
| ) | |
| Defendants. ) | |

### STIPULATION

Defendants David Behar, Lindsay Robin Hogue, Tara Bergstrand, John Roger Lagace and the government, through their respective counsel, hereby agree and stipulate that subject to the Court's approval, the Court continue the status conference in this matter from March 24, 2008, to April 21, 2008, at 1:30 p.m..  The continuance is requested to permit completion of the defense retesting of representative samples of alleged Lysergic acid diethylamide (LSD) by the defense contracted laboratory.  Retesting cannot be completed sufficiently in advance of the current March 24, 2008, status conference, to permit the parties to review and consider the results.

The parties further agree and stipulate that time should be excluded from and including

March 24, 2008 through and including April 21, 2008, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendants in a speedy trial.

So Stipulated:

Dated:  March 19, 2008                              _____/s/_____
                                                    MANUEL U. ARAUJO
                                                    Assistant Federal Public Defender
                                                    Attorney for Tara Bergstrand

Dated:  March 19, 2008                              _____/s/_____
                                                    JERRY FONG
                                                    Attorney for John Roger Lagace

Dated:  March 19, 2008                              _____/s/_____
                                                    PETER LEEMING,
                                                    Attorney for David Behar

Dated:  March 19, 2008                              _____/s/_____
                                                    GEOFFREY BRAUN
                                                    Attorney for Lindsay Hogue

Dated:  March 19, 2008                              ____/s/_____
                                                    JEFFREY SCHENK
                                                    Assistant United States Attorney

STIPULATION TO CONTINUE STATUS
CONFERENCE
No. CR 08-00088-JW                              2