1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BERGSTRAND

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,        )   No. CR 08-00088-JW
                                     )
11              Plaintiff,           )   **ORDER CONTINUING  STATUS**
                                     )   **HEARING AND EXCLUSION OF TIME**
12  v.                               )
                                     )
13  DAVID LOUIS BEHAR,               )
    LINDSEY ROBIN HOGUE,             )
14  TARA BERGSTRAND, and             )
    JOHN ROGER LAGACE               )
15                                   )
                Defendants.          )
16  _____

17                        **ORDER**

18        Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

19  conference hearing in the above-captioned matter shall be continued from March 24, 2008, to

20  April 21, 2008 at 1:30 p.m..  It is further ordered that the period of delay from March 24, 2008, to

21  and including April 21, 2008, is excluded for purposes of Speedy Trial Act computations

22  pursuant to Title 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

23

24  Dated: March 21, 2008

25                                        _____
                                          JAMES WARE,
26                                        United States District Judge