JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-2695
  Facsimile:  (408) 535-5066
  Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID LOUIS BEHAR,<br>LINDSAY ROBIN HOGUE,<br>TARA BERGSTRAND, and<br>JOHN ROGER LAGACE,<br>  a/k/a Brandon Draper,<br><br>    Defendants. | No.   CR 08-00088-JW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 21, 2008 TO APRIL 29, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

      On April 21, 2008, the parties are scheduled to appear for a hearing before this Court. The government and all defendants request a short continuance of that hearing to allow defense counsels an opportunity to meet with their respective clients, review a proposed disposition, and properly advise their clients.  The parties also request an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing materials submitted by the government and properly advise their clients.  The parties request that the Court set the matter for a hearing on April 29, 2008 at 3:00 P.M.

1

1  The parties stipulate that the time between April 21, 2008 and April 29, 2008 is excluded
2  under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested
3  continuance would unreasonably deny defense counsel reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence. Finally, the parties agree that the
5  ends of justice served by granting the requested continuance outweigh the best interest of the
6  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18
7  U.S.C. §3161(h)(8)(A).

9  DATED: April 18, 2008                JOSEPH P. RUSSONIELLO
                                        United States Attorney

11                                      ___/s/_____
                                        JEFFREY B. SCHENK
12                                      Assistant United States Attorney


14                                      ___/s/_____
                                        PETER LEEMING
15                                      Attorney for Mr. Behar



18                                      ___/s/_____
                                        GEOFFREY BRAUN
19                                      Attorney for Ms. Hogue



22                                      ___/s/_____
                                        MANUEL ARAUJO
23                                      Attorney for Ms. Bergstrand



26                                      ___/s/_____
                                        JERRY FONG
27                                      Attorney for Mr. Lagace

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing currently scheduled for April 21, 2008 should be continued until April 29, 2008 at 3:00 P.M.  Furthermore, the Court HEREBY ORDERS that the time between April 21, 2008 and April 29, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:  April 29, 2008

JAMES WARE
UNITED STATES DISTRICT JUDGE